UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HENRY PAUL REGAN,

Defendant.

**UNSEALING ORDER**

25 Cr. 183 (\_\_\_\_)

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Maggie Lynaugh:

It is found that the Indictment and Arrest Warrant for Henry Paul Regan in the above-captioned case (the "Indictment" and the "Arrest Warrant") are currently sealed and the United States Attorney's Office has applied to have the Indictment and the Arrest Warrant unsealed for the purpose of obtaining a provisional arrest warrant for Henry Paul Regan and facilitating his extradition from Colombia, and it is therefore:

ORDERED that the Indictment and Arrest Warrant in the above-captioned action be unsealed for the limited purpose of obtaining a provisional arrest warrant for Henry Paul Regan and facilitating his extradition from Colombia to the United States;

ORDERED that the United States is authorized to transmit the Indictment to domestic and foreign government and domestic and foreign law enforcement agencies in order to facilitate the arrest and extradition of Regan while he located abroad;

ORDERED that the Indictment and Arrest Warrant remained sealed in all other respects; and

ORDERED that this Order and the Application upon which it was made be and remain sealed pending further order of the Court

Dated:   New York, New York
         June 3, 2025

*[signature]*

HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK