UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRY PAUL REGAN,<br><br>Defendant. | **Sealed**<br><br>25 Cr. 183 (___)<br><br>**Application for Limited Unsealing** |

Maggie Lynaugh, pursuant to 28 U.S.C. §1746, hereby affirms the truth of the following under penalties of perjury:

1.  I am an Assistant United States Attorney currently assigned to this matter and as such am familiar with the facts and circumstances set forth herein.

2.  On April 22, 2025, a Grand Jury sitting in this district returned the sealed indictment *United States v. Henry Paul Regan*, 25 Cr. 183 (the "Indictment"), charging Henry Paul Regan ("Regan") with wire and securities fraud offenses as well as aggravated identity theft. The Clerk of the Court subsequently issued a warrant for Regan's arrest (the "Arrest Warrant").

3.  At the time the Indictment was returned, the defendant was not in custody. Accordingly, upon the Government's request, the Indictment was ordered sealed. *See* Federal Rule of Criminal Procedure 6(e)(4).

4.  Law enforcement officers have informed the U.S. Attorney's Office that Regan may presently be located in the country of Colombia.

5.  Based on the information regarding Regan's whereabouts, the Government is working to obtain a provisional warrant to arrest Regan in Colombia and then extradite him to the United States. In order to do so, however, the Government must provide copies of the Indictment and the Arrest Warrant to government officials in both the United States and Colombia. Accordingly, the

Government now seeks limited unsealing of the Indictment and Arrest Warrant in order to facilitate Regan's arrest and extradition.

6. The Government seeks authorization to disclose those documents as necessary to officials in both the United States and Colombian governments in order to obtain a provisional arrest warrant and then extradite Regan to the United States.

7. Because disclosure of this Application and proposed Order may jeopardize the ability of law enforcement to effect Regan's arrest, the Government respectfully requests that this Application and Order be sealed pending further order of the Court.

8. No prior request for the relief set forth herein has been made.

Dated: New York, New York
       June 3, 2025

Maggie Lynaugh
Assistant United States Attorney