CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:25−mj−03702−EAL−1</u>

Case title: USA v. Regan                                          Date Filed: 09/05/2025

Date Terminated: 09/05/2025

Assigned to: Magistrate Judge
Enjolique A. Lett

**Defendant (1)**

**Henry Paul Regan**                  represented by   **Noticing FPD−MIA**
29724−506                                              305−530−7000
*YOB: 1977; English*                                   Email: <u>MIA_ECF@FD.org</u>
*TERMINATED: 09/05/2025*                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| WARRANT\SOUTHERN DISTRICT OF NEW YORK\INDICTMENT\18 U.S.C. § 371 Conspiracy to Commit Wire and Securities Fraud; 15 U.S.C.§§ 78j(b) and 78ff; 17C.F.R. § 24010b−5; 18 U.S.C. § 2 Securities Fraud; 18 U.S.C. § 1343 and § 2 Wire Fraud; 18 U.S.C. § 1028A(a)(1), 7 1028A(b), and § 2 Aggravated Identity Theft | |

1

**Plaintiff**

**USA**                                           represented by   **Noticing AUSA CR TP/SR**
                                                                   Email: Usafls.transferprob@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2025 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Henry Paul Regan. Defendant committed to District of Southern District of New York. Closing Case for Defendant. Signed by Magistrate Judge Enjolique A. Lett on 9/5/2025. *See attached document for full details.* (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Henry Paul Regan (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 6 | Minute Order for proceedings held before Magistrate Judge Enjolique A. Lett: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Henry Paul Regan held on 9/5/2025. Defendant sworn. AFPD provisionally appointed as a friend of the court. Bond recommendation/set: Henry Paul Regan (1) Detained. Date of Arrest or Surrender: 9/5/2025. Defendant waived identity hearing. Waiver executed in court. Defendant detained and ordered removed to the Southern District of New York. (Digital 14:35:14) Signed by Magistrate Judge Enjolique A. Lett (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 5 | PAPERLESS ORDER granting 4 Motion to Appoint Counsel. Provisionally Appointing and Noticing FPD−MIA for Henry Paul Regan (1). Signed by Magistrate Judge Enjolique A. Lett on 9/5/2025. (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 4 | **ORE TENUS** MOTION to Appoint Counsel by Henry Paul Regan. (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 3 | ORDER granting 2 Motion to Unseal Case as to Henry Paul Regan (1). Signed by Magistrate Judge Enjolique A. Lett on 9/5/2025. *See attached document for full details.* (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 2 | **ORE TENUS** MOTION to Unseal Case by Henry Paul Regan. (kan) (Entered: 09/08/2025) |
| 09/05/2025 | 1 | Magistrate Judge Removal of Indictment from Southern District of New York Case number in the other District 25 CR 183 as to Henry Paul Regan (1). (kan) (kan). (Entered: 09/05/2025) |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Enjolique A. Lett (lett@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:25861068@flsd.uscourts.gov
Subject:Activity in Case 25-3702 Sealed v. Sealed (Redacted Notice)
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/8/2025 at 12:17 PM EDT and filed on 9/5/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:25−mj−03702−EAL *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Unseal Case by Henry Paul Regan. (kan)**

**1:25−mj−03702−EAL *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-3702-LETT(SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Henry Paul Regan,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/5/25

Enjolique A. Lett
**UNITED STATES MAGISTRATE JUDGE**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Enjolique A. Lett (lett@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25861098@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03702-EAL USA v. Regan Motion to Appoint Counsel
```
Content−Type: text/html

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 9/8/2025 at 12:23 PM EDT and filed on 9/5/2025

**Case Name:** USA v. Regan

**Case Number:** 1:25−mj−03702−EAL

**Filer:**

**Document Number:** 4(No document attached)

**Docket Text:**
 **ORE TENUS MOTION to Appoint Counsel by Henry Paul Regan. (kan)**

**1:25−mj−03702−EAL−1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:25−mj−03702−EAL−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-MIA (ileana_gutierrez@fd.org, mia_ecf@fd.org), Noticing
AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate Judge Enjolique A. Lett
(lett@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:25861111@flsd.uscourts.gov
Subject:Activity in Case 1:25-mj-03702-EAL USA v. Regan Order on Motion to Appoint Counsel
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 9/8/2025 at 12:24 PM EDT and filed on 9/5/2025

| | |
|---|---|
| **Case Name:** | USA v. Regan |
| **Case Number:** | 1:25−mj−03702−EAL |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER granting [4] Motion to Appoint Counsel. Provisionally Appointing and Noticing FPD−MIA for Henry Paul Regan (1). Signed by Magistrate Judge Enjolique A. Lett on 9/5/2025. (kan)**

**1:25−mj−03702−EAL−1 Notice has been electronically mailed to:**

Noticing FPD−MIA     MIA_ECF@FD.org, Ileana_gutierrez@fd.org

Noticing AUSA CR TP/SR     Usafls.transferprob@usdoj.gov

**1:25−mj−03702−EAL−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

# MINUTE ORDER

Page 8

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**        Date: 9/5/25        Time: 1:30 p.m.

Defendant:  Henry Paul Regan        J#: 29724-506      Case #: 25-MJ-3702-LETT

AUSA: Marc Chattah        Attorney: AFPD as a friend of the court

Violation: SD/NY/WARR/IND/Conspiracy to Commit Wire Fraud and Securities Fraud. Securites Fraud. Wire Fraud. Aggravated Identity Theft.        Surr/Arrest Date: 09/05/25     YOB: 1977

Proceeding:  Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No        Recommended Bond:

Bond Set at:        Co-signed by:

| | Disposition: |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs        Language:  English | *Government Ore Tenus motion to Unseal Case – **GRANTED**.  *Defendant advised of rights and charges. |
| ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Defendant sworn.  AFPD; provisionally appointed as a friend of the court. |
| ☐ Random urine testing by Pretrial Services  _____ | |
| ☐ Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | Defendant Waived identity hearing. |
| ☐ Participate in mental health assessment & treatment | Waiver executed in court. |
| ☐ Maintain or seek full-time employment/education | Defendant DETAINED and ordered |
| ☐ No contact with victims/witnesses, except through counsel | Removed to SDNY. |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: _____ | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Other: _____ | |

**NEXT COURT APPEARANCE**      Date:            Time:            Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **14:35:14**                    Time in Court: **12 mins**

s/Enjolique A. Lett                              Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No:  25-MJ-3702-LETT(SEALED)

United States of America
    Plaintiff,

    v.

                              Charging District's Case No.   25-CR-183

Henry Paul Regan,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/5/25

X _____
Defendant's Signature

_Enjolique A. Lett_
Enjolique A. Lett
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 25-MJ-3702-LETT(SEALED)

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 25-CR-183

Henry Paul Regan,
(USM# 29724-506)

_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York.

_AFPD (provisionally)_     was    appointed    to    represent

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a

copy of this order, to the charging district and deliver the defendant to the United States marshal for that

district, or to another officer authorized to receive the defendant. The marshal or officer in the charging

district should immediately notify the United States attorney and the clerk of court for that district of the

defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must

promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 9/5/25.

_Enjolique A. Lett_
Enjolique A. Lett
United States Magistrate Judge

## UNITED STATES DISTRICT COURT

22