

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2025

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2025

Re: **United States** v. **Henry Paul Regan**, 25 Cr. 183 (VEC)

Dear Judge Caproni:

    The defendant in the above-captioned case, Henry Paul Regan, was arraigned before Magistrate Judge Stein on October 8, 2025. The parties respectfully request that the Court schedule an initial pretrial conference in this matter for October 23, 2025 at 10:30 a.m. The Government also moves to exclude time under the Speedy Trial Act until that conference, which is in the interests of justice because it will allow time for the Government can begin producing discovery. The defense consents to the exclusion.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

                by: __/s/_____
                    Thomas Burnett/Maggie Lynaugh
                    Assistant United States Attorneys

Application GRANTED.  The parties must appear for an initial conference on **Thursday, October 23, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

It is further ordered that time is excluded until **Thursday, October 23, 2025**, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial, given the need to provide the Defendant time to prepare his defense and participate in discovery.

SO ORDERED.

10/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE