UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

HENRY PAUL REGAN,

               Defendant.
------------------------------------------------------------ X

25-CR-183 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an initial conference before the Undersigned on October 23, 2025.

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Wednesday, February 4, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court will set a trial date at that conference.

IT IS FURTHER ORDERED that time is excluded until **Wednesday, February 4, 2026**, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial, given the need to provide the Defendant time to prepare his defense and participate in discovery.

**SO ORDERED.**

Date: October 23, 2025
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**