UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------  X

UNITED STATES OF AMERICA,                         :

          -against-                                   :        25-CR-183 (VEC)

                                   :

                                   :        <u>ORDER</u>

HENRY PAUL REGAN,                                 :

                                   :

                  Defendant.        :

---------------------------------------------------------------  X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference scheduled for February 4, 2026, is

ADJOURNED to **Friday, February 13, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  January 21, 2026**
       **New York, NY**

                                         **VALERIE CAPRONI**
                                 **United States District Judge**