# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*



February 24, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2026

By ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

**Re: United States v. Henry Paul Regan, 25 Cr. 183 (VEC)**

Dear Judge Caproni:

The parties write jointly to respectfully request that the Court adjourn the February 27 conference by approximately two weeks. This request is because the parties are close to a disposition but have not yet finalized one. The parties continue to engage in good faith negotiations and hope to have resolved the case within the next two weeks.

Should the Court grant an adjournment, we consent to an exclusion of time under the Speedy Trial Act until the adjourn date. Thank you for your attention to this request.

Respectfully submitted,

/s/ Nora Stephens
Nora Stephens
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
nora_stephens@fd.org


cc:   Margaret Lynaugh, Esq.
      Thomas Burnett, Esq.

Application GRANTED.  The conference is adjourned to **Friday, March 13, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

It is further ordered that time is excluded until March 13, 2026, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial, given the need to provide the Defendant with time to to engage in negotiations with the Government.


SO ORDERED.

2/25/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE