UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                            :
                                                     :
         -against-                                   :          25-CR-183 (VEC)
                                                     :
                                                     :          ORDER
HENRY PAUL REGAN,                                    :
                                                     :
                              Defendant.             :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on March 13, 2026, the parties appeared for a conference at which Mr.

Regan pled guilty to Counts 1, 2, and 3 of the Superseding Information.

     IT IS HEREBY ORDERED that Mr. Regan will be sentenced on **Friday, August 14,**

**2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, NY 10007.  Pre-sentencing submissions are due

**Friday, July 31, 2026**.

**SO ORDERED.**

**Date:  March 16, 2026**
      **New York, NY**
                               **VALERIE CAPRONI**
                           **United States District Judge**