# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 16, 2026

By ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Henry Paul Regan, S1 25 Cr. 183 (VEC)**

Dear Judge Caproni:

I write with the Government's consent to respectfully request that the Court adjourn sentencing in this matter from August 14, 2026, to October 30, 2026, a day I understand the Court is available. I make this request because of delays in receiving the first-disclosure PSR that have left insufficient time to review the report, lodge objections, and receive the final report sufficiently in advance of the currently scheduled sentencing.

This is my first request for an adjournment of sentencing. As noted, the Government consents. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Government counsel