Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

By ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Henry Paul Regan, S1 25 Cr. 183 (VEC)**

Dear Judge Caproni:

I write with the Government's consent to respectfully request that the Court adjourn sentencing in this matter, which is currently scheduled for October 30, 2026, by approximately 30 days. I make this request because the final presentence report has not yet issued, and so I will have insufficient time to review the final report in consultation with Mr. Regan and address any issues the report raises in advance of the currently scheduled sentencing.

This is my second request for an adjournment of sentencing. The Court granted the earlier request. As noted, the Government consents. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Government counsel

Application GRANTED. The sentencing currently scheduled in this matter for October 30, 2026, is hereby ADJOURNED. Mr. Regan will be sentenced on **Friday, December 4, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Presentencing submissions are due **Friday, November 20, 2026**.

SO ORDERED.

Valerie Caproni 10/14/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE