**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

November 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 11/24/2026

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Henry Paul Regan, 25 Cr. 183 (VEC)**

Dear Judge Caproni:

The Government respectfully writes to request an extension of the time to file its sentencing submission until November 24, 2026. The defense consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: __/s/___________________
Thomas Burnett/Maggie Lynaugh
Assistant United States Attorneys

Application GRANTED *nunc pro tunc.*

SO ORDERED.

Valerie Caproni

11/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE